

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00110-CV

STEVEN ADAMS                                                    APPELLANT

V.

SANDFORD OIL COMPANY, INC.                                     APPELLEE

------------

### FROM THE COUNTY COURT AT LAW OF WISE COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Defendant's Motion For Withdrawal Of Appeal And Cancellation Of June 17, 2011 Hearing." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  June 23, 2011